IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAY 6 2005
J. T. NOBLIN, CLERK
BY _____ DEPUTY

EMMA LOU MCCLELLAN                                                            PLAINTIFFS

VS.                                                         CIVIL ACTION NO.:1:2004cv00416

LEFLEUR TRANSPORTATION OF TUPELO, INC.
LEFLEUR TRANSPORTATION OF JACKSON, INC.
LEFLEUR TRANSPORTATION OF NATCHEZ, INC.
LEFLEUR TRANSPORTATION OF GEORGIA, INC
LEFLEUR TRANSPORTATION OF TEXAS, INC.
THOMAS P. MCDONNELL, III                                     DEFENDANTS

**Severed from:**

POINDEXTER YOUNG, JR., et al.                                     PLAINTIFFS

vs.                                                         CASE NO. 3:02CV1747-WS

LEFLEUR TRANSPORTATION OF TUPELO, INC., ET AL.           DEFENDANTS

## ORDER OF DISMISSAL
## WITH PREJUDICE AND FINAL JUDGMENT

At a hearing held on November 16, 2004, the Court considered the plaintiff's attorneys' Motion to Withdraw as Counsel in this case. The basis of the motion was the plaintiff's attorneys' determination that the plaintiff's claims are barred by the statute of limitations. The Court, having considered the motion, determined that the plaintiff's claims should be dismissed with prejudice and that the motion to withdraw as counsel should be granted. Plaintiff was given thirty (30) days to inform the Court, of her selection of new counsel, which she failed to do.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's attorneys should be permitted to withdraw as counsel for the plaintiff in this action and that this action should be and hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 6th day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE